[No. 9493-2-II. Division Two. October 7, 1987.]

*In the Matter of* DUSTY JARSTAD, ET AL.

Appeal from judgments of the Superior Court for Mason

County, Nos. 83–7–00006–0, 83–7–00045–1, 83–7–00046–9, 83–7–00047–7, Patricia Morgan, J. Pro Tem., entered December 20, 1985. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Alexander, J.